CONTINENTAL NATIONAL BANK, APPELLANT, V. LESTER L. KUNKEL ET AL.: CHARLES KLUGE, APPELLEE.

FILED DECEMBER 5, 1930. No. 27464.

*Max V. Beghtol, Cordeal, Colfer & Russell,* and *J. Lee Rankin,* for appellant.

*E. E. Jackman* and *Perry, Van Pelt & Marti, contra.*

Heard before GOSS, C. J., ROSE, DEAN, GOOD, THOMPSON, EBERLY and DAY, JJ.

PER CURIAM.

Plaintiff brought this action in the district court for Perkins county to recover on a written guaranty. The trial court sustained the demurrer of defendant Charles Kluge and plaintiff has appealed.

We have carefully examined the record and find the same to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.